## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| DAVID McCANN *and* KIRK LAUNIUS, | § § § § | |
|  | § § § | *Plaintiffs,* |
| *v.* | § § | |
|  | § | Civil Action No. 4:25-cv-01424-Y |
| PAMELA BONDI, *U.S. Attorney General, in her official capacity as United States Attorney General,* | § § § § § | |
|  | § § § | *Defendant.* |

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs David McCann and Kirk Launius respectfully move the Court for summary judgment against Defendant for the reasons set forth in the attached memorandum in support.

1

Dated: December 19, 2025                    Respectfully submitted,

*/s/ Anelise Powers*
ROBERT HENNEKE
Texas Bar. No. 24046058
rhenneke@texaspolicy.com
CHANCE WELDON
Texas Bar. No. 24076767
cweldon@texaspolicy.com
MATTHEW MILLER
Texas Bar. No. 24046444
mmiller@texaspolicy.com
ANELISE POWERS
California Bar No. 334883
apowers@texaspolicy.com
TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, Texas 78701
Telephone: (512) 472-2700

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2025, I served a physical copy of the forgoing document by U.S. Certified Mail, return receipt requested, in accord with Federal Rule of Civil Procedure 5(b)(2)(C).

/s/ *Anelise Powers*
Anelise Powers