IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DAVID McCANN and KIRK LAUNIUS §
§
VS. § Civil Action No. 4:25-CV-1424-Y
§
PAMELA BONDI §

## ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Now before the Court is the motion for summary judgment filed by plaintiffs David McCann and Kirk Launius (doc. 5). Having considered the motion and the applicable law, the Court determines that the motion should be denied.

"We hold, therefore, that nonmutual offensive collateral estoppel simply does not apply against the government in such a way as to preclude relitigation of issues[.]" *U.S. v. Mendoza*, 464 U.S. 154, 162 (1984).[1] Plaintiffs' request to apply the doctrine to the Government in this matter is DENIED.

SIGNED July 7, 2026.

Terry R. Means
_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] Later in the opinion, the Court held "the government may be estoped under certain circumstances from relitigating a questions **when the parties to the two lawsuits are the same.**" *Mendoza*, 464 U.S. at 163. In other words, mutual collateral estoppel may be applied to the Government. Here, the Plaintiffs repeatedly aver that they are not parties to the prior action. (Doc. 6 at 3.) Accordingly, the only form of estoppel they could request is the barred nonmutual offensive collateral estoppel.